UNITED STATES of America, Plaintiff–Appellee

v.

Jose OROZCO–PAZO, Defendant–Appellant.

No. 05–50467.

United States Court of Appeals, Fifth Circuit.

Decided Oct. 5, 2005.

Joseph H. Gay, Jr, Assistant U.S. Attorney, San Antonio, TX, for Plaintiff–Appellee.

Henry Joseph Bemporad, San Antonio, TX, for Defendant–Appellant.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

**636**

Before SMITH, GARZA, and PRADO, Circuit Judges.

PER CURIAM: *

IT IS ORDERED that the Appellee's unopposed motion to vacate the sentence is GRANTED.

IT IS FURTHER ORDERED that the Appellee's unopposed motion to remand to district court for resentencing is GRANTED.

IT IS FURTHER ORDERED that the Appellee's alternative motion to extend the time to file the Appellee's brief fourteen (14) days from the Court's denial of the Appellee's motion to vacate and remand is DENIED AS MOOT.